# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134169

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                     SC: 134169
                                                     COA: 273068
                                                     Wayne CC: 04-005290-01

MICHAEL AL-FONZELL BELCHER,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 20, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

d0917

                                                    Clerk